# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **TRACY BERNARD HARDIN,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00178-MR |
| | ) | 1:13-cr-00039-MR-DLH |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 23, 2017 Memorandum of Decision and Order.


June 23, 2017


*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court